# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AFAB INDUSTRIAL SERVICES INC., et al., | Case No.: 1:19-cv-01355 LJO JLT |
| Plaintiffs, | ORDER CLOSING THIS MATTER |
| v. | (Doc. 30) |
| APOTHIO, LLC, et al., | |
| Defendants. | |

The parties have settled their case and have stipulated to the action being dismissed with prejudice. (Doc. 30) The Federal Rules of Civil Procedure Rule 41 makes such stipulations effective immediately with further order of the Court. Because all parties who have appeared in the action signed the stipulation (Doc. 22), it "automatically terminate[d] the action." <u>Wilson v. City of San Jose</u>, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Court **ORDERS**:

1. Upon the request of the parties, the Court retains jurisdiction to enforce the terms of the settlement for a period of three years;
2. Clerk of Court is DIRECTED to close this action.

IT IS SO ORDERED.

Dated: **November 26, 2019**          **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE